UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:18-CR-26-DBH-05 |
| | ) |
| JHOVANNY VILLALONA, | ) |
| DEFENDANT | ) |

ORDER ON MOTION TO APPOINT COUNSEL

The defendant Jhovanny Villalona has written the Court as follows: "I recently got denied for compassionate release. I'm asking the courts to appoint me a Attorney as soon as possible Please. I filed for compassionate release due to my medical issues." (ECF No. 703).

The court has not received a motion for compassionate release from Villalona, so I conclude that in saying he was "denied" he must be referring to the BOP's or Warden's action. Without more detail about the basis for Villalona's request for compassionate release, I am not in a position to decide whether to appoint a lawyer for him.

The request for appointment of counsel is DENIED.

SO ORDERED.

DATED THIS 27TH DAY OF OCTOBER, 2020

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE